AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Warren Lichenstein | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 13-CV-2690-LAK |
| Andrew Cader | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Andrew Cader

Date: 05/06/2013

*Attorney's signature*

Seth J. Lapidow, Esq.
*Printed name and bar number*

Blank Rome LLP
301 Carnegie Center
Princeton, New Jersey 08540

*Address*

lapidow@blankrome.com
*E-mail address*

(609) 750-2644
*Telephone number*

(609) 897-7284
*FAX number*