AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Warren Lichenstein ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  13-CV-2690-LAK |
| Andrew Cader ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Andrew Cader

Date:   05/06/2013

*Attorney's signature*

Michael A. Rowe, Esq.
*Printed name and bar number*

Blank Rome LLP
301 Carnegie Center
Princeton, New Jersey 08540

*Address*

mrowe@BlankRome.com
*E-mail address*

(609) 750-2659
*Telephone number*

(609) 897-7297
*FAX number*