```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

LICHTENSTEIN

Plaintiff,

-v-

CADER

Defendant.

-----------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

13 CIV 2690 (LAK)(JC)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

[X] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

[ ] Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

[ ] Settlement*

[ ] Inquest After Default/Damages Hearing

[ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)

[ ] Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

[ ] Habeas Corpus

[ ] Social Security

[X] Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____
_____

All such motions: _____

* Do not check if already referred for general pretrial.

Dated 5/9/13

SO ORDERED:

_____
United States District Judge