BLANK ROME LLP
Seth J. Lapidow, Esq.
Michael A. Rowe, Esq.
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-0208
(212) 885-5000
*Attorneys for defendant Andrew Cader*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WARREN LICHTENSTEIN, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW CADER, <br><br> Defendant. | Index No.: 13 cv 2690 (LAK) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the Complaint filed in this action, the Declaration of Seth J. Lapidow, Esq. with exhibits, the accompanying memorandum of law, and all prior pleadings and proceedings had herein, defendant Andrew Cader will move this Court before the Honorable Lewis A. Kaplan at the United States Courthouse, located at 500 Pearl Street, New York, New York, on the ___ day of ___, 2013, at 9:30 a.m., or as soon thereafter as counsel may be heard, for entry of an Order granting: (i) Mr. Cader's motion to dismiss or, in the alternative, to stay this action, in favor of a previously filed Hong Kong action and because this action is an improper attempt to collaterally attack a foreign decree; and (ii) Mr. Cader's motion to dismiss, pursuant to Fed.R.Civ.P 12, counts one and two of plaintiff Warren Lichtenstein's Complaint in this matter for failure to state a claim upon which relief can be granted.

900000.00001/50493133v.1

Mr. Cader respectfully requests oral argument on this motion.

Dated: May 9, 2013

                                              Respectfully submitted,

                                              BLANK ROME LLP
                                              The Chrysler Building
                                              405 Lexington Avenue
                                              New York, NY 10174-0208
                                              (212) 885-5000
                                              *Attorneys for defendant Andrew Cader*

By: _____
                    Seth J. Lapidow, Esq.