UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                               :

WARREN LICHTENSTEIN          :   Index No. 13-CV-02690-LAK-JLC

                Plaintiff,               :   **NOTICE OF APPEARANCE**

       - against -                     :

ANDREW CADER,                  :   (ECF Case)

                Defendant.             :
------------------------------------------------------------------------x

      PLEASE TAKE NOTICE that the undersigned attorney hereby appears in this action as an attorney of Arkin Solbakken LLP, counsel for Plaintiff Warren Lichtenstein.

Dated:  New York, New York
         May 17, 2013

                                            Respectfully submitted,

                                            ARKIN SOLBAKKEN LLP

                                            By:  */s/ Alex Reisen*

                                            Alex Reisen, Esq. (AR 5432)
                                            AReisen@arkin-law.com
                                            590 Madison Ave., 35th Floor
                                            New York, New York 10022
                                            (212) 333-0200 (phone)
                                            (212) 333-2350 (fax)

                                            *Attorneys for Plaintiff*