```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WARREN LICHTENSTEIN,                      :
                                          :
                    Plaintiff,            :
                                          :
            -v.-                          :
                                          :
ANDREW CADER,                             :
                                          :
                    Defendant.            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/13

ORDER

13 Civ. 2690 (LAK) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The parties appeared before me yesterday to address Defendant's application to stay discovery. For the reasons set forth on the record, all proceedings are temporarily stayed. The Court will hold a subsequent conference on June 27, 2013, at 10:00 a.m., in Courtroom 21D, United States Courthouse, 500 Pearl Street, New York, New York. By June 24, 2013, counsel for both Plaintiff and Defendant shall submit status reports to the Court that include: details of what has transpired at the hearing in Plaintiff's Hong Kong case; the impact of any developments in the Hong Kong proceeding on this case; and counsel's proposals as to how this case should proceed given the developments in the Hong Kong case. Plaintiff may file an amended complaint by May 30, 2013, but all motion practice is stayed until the June 27 conference.

**SO ORDERED.**

Dated: New York, New York
       May 23, 2013

_____
JAMES L. COTT
United States Magistrate Judge

USDC SDNY
DATE SCANNED 5/23/13