USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

WARREN LICHTENSTEIN,                          :

               Plaintiff,            :

      -v.-                                    :

ANDREW CADER,                                 :

               Defendant.            :

-----------------------------------------------------------X

ORDER

13 Civ. 2690 (LAK) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

Having received the parties' respective letters dated June 24, 2013 (two from plaintiff and one from defendant) and been informed no decision has yet issued from the Hong Kong court but that one is expected in the near future (at least, according to defendant's counsel, the Hong Kong court anticipated a ruling "in approximately a month" from the end of the hearing on June 1), the Court will briefly adjourn the conference scheduled for June 27 until July 10 at 2:30 p.m. in courtroom 21-D. All proceedings will remain temporarily stayed until that date with the Court's hope that the Hong Kong court will issue its decision before July 10. Whether the Hong Kong court has rendered its decision or not by July 10, this Court will decide at the July 10 conference whether to stay discovery while defendant's motion to dismiss the amended complaint is fully briefed and adjudicated, permit limited discovery to take place along the lines plaintiff's counsel has proposed before defendant's motion is fully briefed, or take some other course of action.

**SO ORDERED.**

Dated: New York, New York
       June 25, 2013

JAMES L. COTT
United States Magistrate Judge

USDC SDNY
DATE SCANNED 6/25/13