

590 Madison Avenue
New York, New York 10022
Tel: (212) 333-0200
Fax: (212) 333-2350

**ARKIN SOLBAKKEN LLP**

Alex Reisen
Counsel
Direct Dial: (212) 333-0258
E-mail: areisen@arkin-law.com

RECEIVED
JUN 27 2013
CHAMBERS OF
JAMES L. COTT
U.S.M.J.

June 27, 2013

**VIA FAX**

Hon. James L. Cott, U.S.M.J.
United States Courthouse, 500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/13

Re: *Lichtenstein v. Cader*, 13-civ-2690-LAK-JLC

Dear Magistrate Judge Cott:

We represent Plaintiff in the above-captioned case, and write to respectfully request that the conference scheduled for July 10, 2013 be rescheduled to July 17 at 9:30 a.m., as we are unavailable on July 10. Pursuant to Your Honor's rules, we have contacted the Court's Deputy Clerk and opposing counsel and determined that all are available for that date and that opposing counsel consents to this adjournment. Thank you for consideration of this matter, and please do not hesitate to contact us if we can provide any additional information.

Respectfully submitted,

*Alex Reisen*
Alex Reisen

cc: Seth Lapidow, Esq.
    Attorney for Defendant

*The conference is rescheduled for July 17 at 9:30 a.m.*

*SO ORDERED.*
*James L. Cott*
*USMJ 6/27/13*

USDC SDNY
DATE SCANNED 6/27/13