USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WARREN LICHTENSTEIN,

             Plaintiff,

    -v.-

ANDREW CADER,

             Defendant.
-------------------------------------------------------------X

ORDER

13 Civ. 2690 (LAK) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

At the conference held today, the Court set forth the following schedule for motion practice: defendant shall renew his motion to dismiss no later than two weeks from the date he receives a copy of the opinion issued in the Hong Kong proceeding involving the plaintiff; plaintiff shall respond to defendant's motion within 30 days; and defendant will have two weeks to file his reply. For the reasons set forth on the record today, discovery shall be stayed during the pendency of the motion to dismiss, except that defense counsel shall produce to plaintiff's counsel all documents produced by defendant to Ms. Bond's attorneys in the Hong Kong proceeding. The Court requests that the parties make the necessary arrangements to provide a copy of the Hong Kong decision to the Court as soon as possible, with a protective order if necessary.

      **SO ORDERED.**

Dated: New York, New York
       July 17, 2013

JAMES L. COTT
United States Magistrate Judge

USDC SDNY
DATE SCANNED 7/17/13