BLANK ROME LLP
Seth J. Lapidow, Esq.
Michael A. Rowe, Esq.
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-0208
(212) 885-5000
*Attorneys for defendant Andrew Cader*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WARREN LICHTENSTEIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW CADER,<br><br><br>　　　　　Defendant. | Index No.: 13 cv 2690 (LAK)<br><br>**Filed via ECF**<br><br>**Defendant Andrew Cader's Motion for Leave to File Documents Under Seal** |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that defendant Andrew Cader will move this Court, before the Honorable James L. Cott, at the United States Courthouse, Courtroom 18A, located at 500 Pearl Street, New York, New York, on the ___ day of ___, 2013, at 9:30 a.m., or as soon thereafter as counsel may be heard, for leave to file under seal the following documents in support of his motion to dismiss plaintiff's amended complaint: (i) Notice of Motion; (ii) Memorandum of Law; and (iii) Declaration of Seth J. Lapidow, Esq., with Exhibits.

　　Mr. Cader does not request oral argument on this motion.

114877.00612/50515857v.1

Dated: August 15, 2013

        Respectfully submitted,

        BLANK ROME LLP
        The Chrysler Building
        405 Lexington Avenue
        New York, NY  10174-0208
        (212) 885-5000
        *Attorneys for defendant Andrew Cader*

By:    s/ Seth J. Lapidow
        Seth J. Lapidow, Esq.

2