UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| WARREN LICHTENSTEIN, | : No. 1:13-cv-02690-LAK-JLC |
|---|---|
| Plaintiff, | : **NOTICE OF DISMISSAL** |
| - against - | : (ECF Case) |
| ANDREW CADER | : |
| Defendant. | : |

------------------------------------------------------------------x

Plaintiff, by and through his undersigned counsel, hereby provides this notice of dismissal without prejudice of this action.

Dated: New York, New York
       August 19, 2013

|  | /s/   *Stanley S. Arkin, Esq.* |
|---|---|
|  | Stanley S. Arkin, Esq. |
|  | ARKIN SOLBAKKEN LLP |
|  | 590 Madison Ave., 35th Floor |
|  | New York, New York 10022 |
|  | Phone: (212) 333-0200 |
|  | Facsimile: (212) 333-2350 |
|  | sarkin@arkin-law.com |
|  | *Attorneys for Plaintiff* |